## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**MARY FORREST,**
                Plaintiff,

                                                      **Case No. 06-C-424**

       -vs-

**ALL CITIES MORTGAGE AND**
**FINANCIAL INC.,**
                Defendant.

## ORDER FOR DEFAULT JUDGMENT

The certified class of plaintiffs has moved for default judgment in their favor and against defendant All Cities Mortgage and Financial, Inc., a corporation. Prior to the filing of this motion, default was entered against that defendant pursuant to Rule 55, Fed. R. Civ. P.

The Court finds that the plaintiffs have shown good cause as to why default judgment should be entered as to the class, and the motion is hereby granted. It is, therefore, ordered that judgment be entered by default, as to and in favor of the certified class of plaintiffs and against defendant All Cities Mortgage and Financial, Inc., together with the costs and attorney fees of plaintiffs' class counsel.

Default judgment is entered at the rate of $100.00 per class member, for a total amount of $354,300.00 in damages.

Dated at Milwaukee, Wisconsin, this 10th day of July, 2008.

                                                       **SO ORDERED,**

                                                       s/ Rudolph T. Randa
                                                     **HON. RUDOLPH T. RANDA**
                                                     **Chief Judge**