**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION**

| | | |
|---|---|---|
| MARY FORREST, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 06-C-424 |
| ALL CITIES MORTGAGE AND FINANCIAL, INC., | ) ) ) ) | Honorable Rudolph T. Randa, |
| Defendant. | ) | |

**ORDER FOR ATTORNEY FEES AND COSTS UPON DEFAULT JUDGMENT**

Default judgment having been ordered as to and in favor of the class of plaintiffs and against defendant All Cities Mortgage and Financial, Inc., and counsel for said plaintiffs having moved for an award of attorney fees and costs upon such judgment, pursuant to 15 U.S.C. § 1692k(a)(3),

Now, therefore, the Court finds that said class counsel has established that the law firm of Ademi & O'Reilly, LLP is entitled to recover attorney fees upon such judgment in the total amount of $30,802.82 and costs in the amount of $3,781.38, for a total of $34,584.20, which fees and costs the Court finds to be reasonable and supported by the law and by the circumstances of this case.

Accordingly, is hereby ordered that pursuant to the judgment entered in this matter on July 11, 2008, the law firm of Ademi & O'Reilly, LLP shall recover from defendant All Cities Mortgage and Financial, Inc. attorney fees in the amount of $30,802.82 and costs in the amount of $ 3,781.38, for a total of $34,584.20.

1

Dated this 24th day of September 2008.

>BY THE COURT:
>
>*s/ Rudolph T. Randa*
>United States District Court
>Eastern District of Wisconsin
>Honorable Rudolph T. Randa
>Chief Judge